# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| IRENE ARMENDARIZ-PEREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-1168-O |
| | § | |
| MICHAEL SMITH, Warden, | § | |
| FMC-Carswell, | § | |
| | § | |
| Respondent. | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DISMISSED** as moot.

**SIGNED** on this **13th day** of **May, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE